# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| Zach Hillesheim,<br><br>*Plaintiff*,<br><br>v.<br><br>DMT, LLC,<br><br>*Defendant*. | Case No. 8:17-cv-00168-JMG-CRZ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

## PLAINTIFF'S RULE 41(a)(1) NOTICE
## OF DISMISSAL WITH PREJUDICE

Plaintiff Zach Hillesheim through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the above-captioned Defendant with prejudice. Because Defendant has neither served an Answer nor a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED:  August 16, 2017

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805