IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:17-CV-168 |
| vs. | |
| DMT, LLC, | JUDGMENT |
| Defendant. | |

On the plaintiff's notice of voluntary dismissal (filing 12), and pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's complaint is dismissed with prejudice.

Dated this 16th day of August, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge